# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **CHRISTOPHER PHILYAW,** *Plaintiff*, v. **BALDWIN COUNTY SHERIFF'S OFFICE,** *et al.*, *Defendants.* | **CIVIL ACTION NO. 3:25-cv-00160-TES** |

## ORDER DENYING MOTION TO APPOINT COUNSEL

Pro se Plaintiff Christopher Philyaw has asked the Court to appoint him counsel, presumably pursuant to 28 U.S.C. § 1915(e)(1). Plaintiff's Motion to Appoint Counsel [Doc. 2] is **DENIED**.

"A plaintiff in a civil case has no constitutional right to counsel, and while the [C]ourt may, pursuant to 28 U.S.C. § 1915(e)(1), appoint counsel for an indigent plaintiff, it has broad discretion in making this decision and should do so only in exceptional circumstances." *Beasley v. United States*, 852 F. App'x 520, 521 (11th Cir. 2021) (per curiam) (citing *Bass v. Perrin*, 170 F.3d 1312, 1320 (11th Cir. 1999)). "Exceptional circumstances include the presence of 'facts and legal issues [which] are so novel or complex as to require the assistance of a trained practitioner.'" *Beasley*, 852 F. App'x at 521 (quoting *Kilgo v. Ricks*, 983 F.2d 189, 193 (11th Cir. 1993)). "The key is

whether the pro se litigant needs help in presenting the merits of his position to the [C]ourt." *Id.*

In this case, Plaintiff seeks relief pursuant to the 1st, 4th, 6th, 8th, 11th, and 14th Amendments. *See generally* [Doc. 1]. Upon review of his Complaint, Plaintiff's allegations do not demonstrate that his case contains sufficient "exceptional circumstances" to warrant the appointment of counsel in this matter. Accordingly, the Court **DENIES** Plaintiff's Motion to Appoint Counsel [Doc. 2]. *See Bryant v. Clark*, No. 20-14470-G, 2021 WL 5919851, at *1 (11th Cir. June 14, 2021) (noting that the denial of a motion for appointment of counsel in a civil case is not immediately appealable). Should Plaintiff's claims become so unusual and require the appointment of counsel, the Court, *__on its own motion__*, will appoint counsel for Plaintiff.

**SO ORDERED**, this 7th day of October, 2025.

S/ Tilman E. Self, III  
**TILMAN E. SELF, III, JUDGE**  
**UNITED STATES DISTRICT COURT**