**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

| | |
|---|---|
| **CHRISTOPHER PHILYAW,** | |
| *Plaintiff,* | **CIVIL ACTION NO.** |
| **v.** | **3:25-cv-00160-TES** |
| **BALDWIN COUNTY SHERIFF'S OFFICE,** *et al.,* | |
| *Defendants.* | |

**ORDER**

On October 6, 2025, the Clerk of Court received and docketed a Complaint [Doc. 1] for the above-captioned case, Case Number 3:25-cv-00160-TES. However, the Complaint was not accompanied by the Court's filing fee or an Application to Proceed in District Court Without Prepaying Fees or Costs.[1]

In order for this action to proceed, the Court must receive either the required $405 filing fee or a fully completed Application to Proceed in District Court Without Prepaying Fees or Costs (the "Application") bearing this civil action number by **November 14, 2025**. The Court **DIRECTS** the Clerk of Court to mail a copy of the Application to the address shown on the docket.

---

[1] *See* https://www.uscourts.gov/forms/fee-waiver-application-forms/application-proceed-district-court-without-prepaying-fees-or.

Failure to fully and timely comply with this Order may result in the immediate dismissal of this case pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) (first citing Fed. R. Civ. P. 41(b); and then citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.").

**SO ORDERED**, this 4th day of November, 2025.

S/ Tilman E. Self, III
**TILMAN E. SELF, III**
**UNITED STATES DISTRICT JUDGE**