IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

CHRISTOPHER SHAWN
PHILYAW,                           :
                                   :
           Plaintiff,              :
                                   :
     VS.                           :
                                   :    NO. 3:25-cv-00160-TES-CHW
BALDWIN COUNTY SHERIFF'S           :
OFFICE, et al.,                    :
                                   :
           Defendants.             :

**ORDER**

Pro se Plaintiff Christopher Sean Philyaw filed a civil complaint and moved to proceed *in forma pauperis*. ECF No. 1; ECF No. 6. In his motion to proceed *in forma pauperis*, Plaintiff indicated he has $20,000.00 in cash, $15,000.00 in a checking account, $5,000.00 in a savings account, "billions" in cryptocurrency, and is owed more than $100,000,000.00 by Johnson & Johnson. ECF No. 6 at 2–3. Based on these figures, the Court determined that Plaintiff has sufficient assets (cash and money in checking and savings account) to pay the civil action filing fee of $405.00. The Court, therefore, denied Plaintiff's motion to proceed *in forma pauperis* and ordered him to pay the filing fee if he wanted to proceed with his civil action. ECF No. 8. Plaintiff failed to respond to the Court's Order. The Court, therefore, ordered Plaintiff to show cause why his case should not be dismissed for failure to respond to the Court's Order and prosecute his action. ECF No. 9. Again, Plaintiff failed to respond.

Due to Plaintiff's failure to follow the Court's Orders and prosecute this action, the

case is hereby **DISMISSED WITHOUT PREJUDICE**. Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (first citing Fed. R. Civ. P. 41(b); and then citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.").

**SO ORDERED**, this 2nd day of February, 2026.

*S/ Tilman E. Self, III*
**TILMAN E. SELF, III**
**UNITED STATES DISTRICT JUDGE**